United States Bankruptcy Court
Southern District of Texas
FILED
JAN 0 4 2006
Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
ENTERED
JAN - 6 2006
Michael N. Milby, Clerk
Laredo Division

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CRIMINAL NO. L-04-1962 |
| | * | |
| ELIDA QUEVEDO | * | |

### ORDER

This Defendant has filed a transcript order, Form AO 435, and an application to proceed *in forma pauperis*, Form AO 240. The Defendant was sentenced ten months ago, on March 3, 2005. She filed a Notice of Non-Appeal on March 16, 2005 (Docket No. 42). Accordingly, her conviction has become final and no proceedings are pending in any court. A Defendant is not entitled to obtain a transcript at taxpayer's expense merely for her personal review. Obviously, she is free to purchase a transcript if she cares to do so. Her request for a free transcript is DENIED.

DONE at Laredo, Texas, this 4th day of January, 2006.

George P. Kazen
United States District Judge

**CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
1300 VICTORIA, STE. 1131
LAREDO, TEXAS 78040**

OFFICIAL BUSINESS

*Elida Quevedo #42913-179
PO Box 2149
Bryan TX 77805*



02 1P $ 000.37⁰
0002171772  JAN 05 2006
MAILED FROM ZIP CODE 78040